UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6:21-CR-051-CHB |
| v. | ) ) ) | |
| ANGELA BURDINE, | ) ) | **ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING** |
| Defendant. | ) | **PLEA OF GUILTY** |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

After conducting proceedings under Rule 11, United States Magistrate Judge Hanly A. Ingram recommended that the undersigned accept Defendant Angela Burdine's guilty plea and adjudge her guilty of Count Two of the Indictment and the forfeiture allegation in the Indictment. [R. 28, pp. 1–2]. Judge Ingram advised Defendant of her rights and potential penalties, pursuant to Rule 11, and determined that her guilty plea was knowing, voluntary, and intelligent. *Id*. He further determined that an adequate factual basis supported the charged offense. *Id.* at 2. Judge Ingram therefore recommended that the undersigned accept Defendant's guilty plea. *Id.* He imposed a three-day deadline for any objections. *Id.* at 3. That deadline has passed, and neither party has objected.

The Court is not required to "review … a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn,* 474 U.S. 140, 150 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review to "those portions" of the recommendation "to which objection is made").

Accordingly, and the Court being otherwise advised,

**IT IS HEREBY ORDERED** as follows:

1.  The Court **ADOPTS** the Report and Recommendation of Acceptance of Guilty Plea, [**R. 28**], **ACCEPTS** Defendant Angela Burdine's guilty plea, and **ADJUDGES** her guilty of Count Two of the Indictment and the forfeiture allegation in the Indictment to which she pleaded. The Court will issue a separate sentencing order.

This the 1st day of December, 2021.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record
    United States Probation